NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MIGUEL ANGEL RUIZ, DOC #347785,   )
   )
      Appellant,   )
   )
v.   )     Case No. 2D18-4021
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
_____)

Opinion filed August 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

Miguel Angel Ruiz, pro se.

PER CURIAM.

      Affirmed.

LaROSE, LUCAS, and SMITH, JJ., Concur.